UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
|  | : | Hon. Susan D. Wigenton |
| SLAVICA COTO, | : | Civil Action No. 08-1474 (SDW) |
|  | : |  |
| Plaintiff(s), | : |  |
|  | : |  |
| -vs- | : | ORDER |
|  | : |  |
|  | : |  |
| UNUM PROVIDENT, et al., | : |  |
|  | : |  |
| Defendant(s). | : |  |
|  | : |  |

This matter having come before the Court, and for good cause shown;

**IT IS on this 24th day of June, 2008,**

**ORDERED THAT:**

The case is removed from arbitration.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc:    U.S.D.J.
       Carol Coleman, Arb. Clerk
       All Parties
       File